# Third District Court of Appeal
## State of Florida

Opinion filed February 25, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1369
Lower Tribunal No. 21-13706-FC-04
_____

**Tirza Diaz de Villegas**,
Appellant,

vs.

**Ulysses Diaz de Villegas**,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Scott M. Bernstein, Judge.

Tirza Diaz de Villegas, in proper person.

Law Office of Jennifer A. Patti, P.A., and Jennifer A. Patti (Weston); Law Office of Christopher W. Rumbold, PLLC, and Christopher W. Rumbold (Fort Lauderdale) for appellee.

Before EMAS, LINDSEY, and MILLER, JJ.

PER CURIAM.

Affirmed.